IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Janet E. Rutter, | : |
| Plaintiff | : Case No. 2:07-cv-118 |
| v. | : Judge Sargus |
| | : Magistrate Judge Abel |
| Commissioner of Social Security, | : |
| Defendant | : |
| | : |

## ORDER

This matter is before the Court on Magistrate Judge Abel's February 29, 2008 Report and Recommendation (doc. 13). In it, the Magistrate Judge recommended that this case be reversed and remanded to the Commissioner for further consideration pursuant Social Security Ruling 02-01p, 2000 WL 628049 (Sept. 12, 2002). No objections have been filed to the Report and Recommendation. The Court, having reviewed the record *de novo*, **ADOPTS** the Report and Recommendation and determines that this case must be remanded to the Commissioner.

This action is hereby **REMANDED** to the Commissioner of Social Security for further proceedings consistent with the February 29, 2008 Report and Recommendation.

                                                        3-24-2008
                                           United States District Judge