AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**JANET E. RUTTER,**

      **Plaintiff,**

                             **JUDGMENT IN A CIVIL CASE**

**vs.**

                             **CASE NO.  C2-07-118**
**COMMISSIONER OF SOCIAL**    **JUDGE EDMUND A. SARGUS, JR.**
**SECURITY,**                           **MAGISTRATE JUDGE MARK R. ABEL**

      **Defendant.**

\_\_\_    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

     **Pursuant to the Order filed March 24, 2008, JUDGMENT is hereby entered REMANDING this case to the Commissioner of Social Security for further proceedings. This case is DISMISSED.**

Date: March 24, 2008                                        JAMES BONINI, CLERK

                                                        */S/ Andy F. Quisumbing*
                                                      (By) Andy F. Quisumbing
                                                      Courtroom Deputy Clerk